RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Attorney for Plaintiff Richard Sepulveda

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Richard Sepulveda,

        Plaintiff,

Vs.

Michael Ray Morowit, et al.,

        Defendants.

Case Number 24-3799 SCR

NOTICE OF CONDITIONAL SETTLEMENT

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Plaintiff Richard Sepulveda, and defendants Michael Ray Morowit and Valley Market have entered into a written settlement agreement conditionally settling this action. The terms of this agreement contemplate the dismissal of the lawsuit with prejudice by plaintiff as against all defendants. The signatory parties expect to fulfill the terms of this settlement agreement on or before May 9, 2025. Plaintiff requests that all court actions and hearings be stayed until that date. Once the terms are fulfilled, Plaintiff will promptly file a Notice of Dismissal as to all defendants and all causes of action.

/s/ Richard A. Mac Bride

Richard A. Mac Bride, Attorney for Plaintiff Richard Sepulveda

Date: April 9, 2025

Notice of Conditional Settlement